UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| JHONY PIERRE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:26-cv-11641-JCB |
| | ) | |
| BOSTON MEDICAL EMERGENCY DEPARTMENT, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER
July 21, 2026

Boal, M.J.

On June 22, 2026, the Court allowed Jhony Pierre's motion for leave to proceed in forma pauperis, and informed Pierre that if he wished to proceed, he must file an amended complaint that sets forth a basis for this Court's subject matter jurisdiction and states a plausible claim for relief. [Doc. No. 4]. The Court further informed Pierre that failure to comply with its order within twenty-eight days may result in dismissal of this action by a District Judge. Id.

On July 16, 2026, Pierre informed the Court of his change of address to Florida. [Doc. No. 6]. However, Pierre has not, to date, responded to the Court's order and the time to do so has expired. Based upon the foregoing, the Court extends the deadline for Pierre to file an amended complaint to twenty-eight (28) days from the date of this order. Failure to file an amended complaint may result in dismissal of this action by a District Judge.

SO ORDERED.

 /s/ Jennifer C. Boal
JENNIFER C. BOAL
United States Magistrate Judge

DATED:  July 21, 2026